122 F.3d 1262
 COMPASSION IN DYING, a Washington nonprofit corporation;
Jane Roe; John Doe; James Poe; Harold
Glucksberg, M.D., Plaintiffs-Appellees,
v.
STATE OF WASHINGTON; Christine Gregoire, Attorney General
of Washington, Defendants-Appellants.
 No. 94-35534.
 United States Court of Appeals,
Ninth Circuit.
 Decided Aug. 25, 1997.
 
 On Remand from the United States Supreme Court. D.C. No. CV-94-00119-BJR.
 Before: BROWNING, HUG, SCHROEDER, FLETCHER, PREGERSON, REINHARDT, BEEZER, WIGGINS, THOMPSON, FERNANDEZ, and KLEINFELD, Circuit Judges.
 
 
 1
 This case is remanded to the district court for further proceedings consistent with the Supreme Court's opinion in Washington v. Glucksberg, --- U.S. ----, 117 S.Ct. 2258, 138 L.Ed.2d 772.